AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF _____SOUTH CAROLINA_____

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One 15 1/2" X 12 1/2" X 4 1/2" Express Mail parcel with Express Mail#EH443156071US addressed to "Samantha Wright, 7619 Enterprise Rd., Unit A1, Myrtle Beach, SC 29588" from "Benjamin Wright, 710 Hawthorn Ave, Boulder, CO 80304."

**SEARCH WARRANT**

CASE NUMBER: 4:08-1199

TO: _____James B. Podolak_____ and any Authorized Officer of the United States

Affivadit(s) having been made before me by _____James B. Podolak_____ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

The United States Postal Inspection Service, 1601 Assembly Street, Room 413, Columbia, SC 29201 and in One 15 1/2" X 12 1/2" X 4 1/2" Express Mail parcel with Express Mail#EH443156071US addressed to "Samantha Wright, 7619 Enterprise Rd., Unit A1, Myrtle Beach, SC 29588" from "Benjamin Wright, 710 Hawthorn Ave, Boulder, CO 80304."

In the _____ District of _____SOUTH CAROLINA_____ there is now
concealed a certain person or property, namely (describe the person or property)

a quantity of a controlled substance, U.S. currency, and documents and other physical evidence showing ownership and control thereof which is contraband, fruits, evidence, and instrumentalities of crimes against the United States, specifically conspiracy to possess with the intent to distribute a controlled substance, illegal use of a communications facility, and forfeiture, in violation of Title 21, United States Code 841(a)(1), 846 and 843(b)

I am satified that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HERBY COMMANDED to search on or before _November 29, 2008_
                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to JOSEPH R. McCROREY, U. S. MAGISTRATE JUDGE as required by law.
                                                                    U.S. Judge or Magistrate

_November 20, 2008_  _12:15 p.m._ at _Columbia, SC_
Date and Time Issued                    City and State

JOSEPH R. McCROREY, U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11-20-08 | 3:27PM  11-20-08 | USPS |

INVENTORY MADE IN THE PRESENCE OF

Det. Dennis Tracy, Lexington County S.O.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

4 Mason jars containing suspected marijuana totaling approx 9.1 ounces.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_signature_

Subscribed, sworn to, and returned before me this date.

_signature_
U.S. Judge or Magistrate

12/4/08
Date